No. 89–1726.   MISSISSIPPI EMPLOYMENT SECURITY COMMISSION *v.* MCGLOTHIN.   Sup. Ct. Miss.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 89–1771.   NORTH CAROLINA ET AL. *v.* GREGORY.   C. A. 4th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 89–1843.   MICHIGAN *v.* LEE.   Sup. Ct. Mich.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 89–1867.   OREGON *v.* WAGNER; OREGON *v.* FARRAR; and OREGON *v.* MIRANDA.   Sup. Ct. Ore.   Motions of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 89–1904.   HERNANDEZ COLON, GOVERNOR OF PUERTO RICO, ET AL. *v.* MORALES FELICIANO ET AL.   C. A. 1st Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 89–2021.   PARSONS, WARDEN, ET AL. *v.* GAMBLE.   C. A. 10th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 90–112.   YLST, WARDEN *v.* MYERS.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–153.   ARMONTROUT, WARDEN *v.* PARTON.   C. A. 8th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.